MORRIS DAVID KAHN, RELATOR, v. HESSLER LAUNDRY
COMPANY ET AL., RESPONDENTS.

Submitted March 21, 1924—Decided May 31, 1924.

**Corporations—Examination of Books—Not Satisfied That Applicant for Writ is a Stockholder or That Application Has Been Made in Good Faith.**

On application for *mandamus*.

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the relator, *John F. Evans.*

For the respondents, *Edward F. Merrey.*

PER CURIAM.

The relator asks for a *mandmus* to compel the respondents "to permit the relator, with the aid of an expert accountant, to examine all the corporation books, including the books of account, books of the minutes of the proceedings of the directors and stockholders of the company, and all papers and documents in the possession of the company, relating to and concerning the business and financial affairs of the company."

The allowance of the writ is resisted on the ground—first, that the relator is not a stockholder, and second, that he seeks to examine the books for an improper purpose.

It will serve no useful purpose to recite the evidence. It is sufficient to say that we are not satisfied that the relator is a stockholder, the evidence upon that topic being in serious conflict. Moreover, we are not satisfied from the evidence that the application is made in good faith and for a proper purpose. In such posture of the proofs we are not justified in granting a writ of *mandamus. Bruning* v. *Hoboken Printing and Publishing Co.,* 67 *N. J. L.* 119.

The writ will be denied, but without costs.